### REYNOLDS v. CRAUS.

*(Supreme Court, General Term, Second Department.* December 14, 1891.)

PLEADING—GENERAL DENIAL—WHEN STRICKEN OUT AS SHAM.

A plea of general denial cannot be stricken out as sham, unless its falsity is admitted on examination before trial. *Wayland* v. *Tysen,* 45 N. Y. 281, and *Thompson* v. *Railway Co.,* Id. 471, followed.

Appeal from special term, Dutchess county.

Action by James L. Reynolds against Henry S. Craus upon a promissory note. From an order striking out his answer as frivolous, false, and sham, and directing a judgment for plaintiff, defendant appeals. Reversed.

Argued before DYKMAN and PRATT, JJ.

*Norman A. Lawlor,* for appellant.

*Pelham L. McClellan,* for respondent, cited *Hull* v. *Smith,* 8 How. Pr. 149; *Kelly* v. *Barnett,* 16 How. Pr. 135; *Lefferts* v. *Snediker,* 1 Abb. Pr. 41; *Nichols* v. *Jones,* 6 How. Pr. 335; *People* v. *Hospital,* 7 Lans. 304; *Shearman* v. *New York Cent. Mills,* 1 Abb. Pr. 187; *Thorn* v. *New York Cent. Mills,* 10 How. Pr. 20; *Leach* v. *Boynton,* 3 Abb. Pr. 1; *Littlejohn* v. *Greeley,* 22 How. Pr. 345; *Kreitz* v. *Frost,* 5 Abb. Pr. (N. S.) 277; *Brown* v. *Jenison,* 3 Sandf. 732; *Hull* v. *Smith,* 8 How. Pr. 149; *Walker* v. *Hewitt,* 11 How. Pr. 395; *People* v. *McCumber,* 18 N. Y. 315, 15 How. Pr. 186; *Kiefer* v. *Thomass,* 6 Abb. Pr. (N. S.) 42; *Kay* v. *Whittaker,* 44 N. Y. 565.

PRATT, J. Under the authority of *Wayland* v. *Tysen,* 45 N. Y. 281, and *Thompson* v. *Railway Co.,* Id. 471, this order must be reversed, The cases cited by respondent were all decided before the two cases above cited, and, so far as they hold that a general denial can be stricken out as sham, are overruled. The only variation from the rule as laid down in these cases has been where a party has been examined before trial, and has admitted the falsity of the answer. Order reversed, with costs to abide event.